**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

SONYA MARIE HASBERRY,

        Plaintiff,

v.                                             Case No. 6:15-cv-854-Orl-37TBS

ORLANDO HOUSING AUTHORITY;
BOSTON METRO HOUSING
AUTHORITY; CHRIS NORIS; and
THELMA MUNGEN,

        Defendants.

**ORDER**

This cause is before the Court on the following:

1. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2), filed May 27, 2015.

2. U.S. Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 5), filed June 1, 2015.

Upon consideration, the Court adopts Judge Smith's Report and Recommendation ("R&R") and dismisses Plaintiff's Complaint.

Alongside her Complaint (Doc. 1), Plaintiff filed an Application to Proceed in District Court Without Prepaying Fees or Costs (the "Application") so that she could proceed in forma pauperis (Doc. 2). Upon review, U.S. Magistrate Judge Thomas B. Smith recommended that this Court defer ruling on the Application and dismiss Plaintiff's Complaint without prejudice because the Complaint "does not allege her claim(s) in a legible, comprehensible manner with number[ed] paragraphs, incorporating by reference other parts of the pleading for clarity" or "contain a short and plain statement of the basis

of the Court's jurisdiction, Plaintiff's entitlement to relief, or a demand for relief." (Doc. 5, p. 3 (citing Fed. R. Civ. P. 8(a), 10).) Plaintiff did not object to Magistrate Smith's recommendation.

Having independently reviewed the R&R for fairness and in the absence of any objection, this Court agrees with Magistrate Judge Smith and adopts the R&R in its entirety. *See* 28 U.S.C. § 636(b)(1) (suggesting that a de novo review is only required when a party objects to the proposed findings and recommendations).

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. U.S. Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 5) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

3. The Court **GRANTS** Plaintiff leave to file an amended complaint consistent with the directives of this Order on or before Monday, **July 6, 2015**.[1] Failure to do so will result in closure of this action without further notice.

4. The Court defers ruling on Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2) until Plaintiff files an amended complaint.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 23, 2015.



ROY B. DALTON JR.
United States District Judge

---

[1] The Court encourages Defendant to make use of the resources available to pro se litigants on the Court's website at http://www.flmd.uscourts.gov/pro_se/default.htm.

Copies:

Counsel of Record

Pro Se Party